UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| JERRI TODD,<br>         Plaintiff,<br><br>vs.<br><br>FAYETTE COUNTY SCHOOL DISTRICT,<br>         Defendant. | CIVIL ACTION FILE<br><br>NO.  3:17-cv-00137-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Newnan, Georgia, this 19th day of June, 2018.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Uzma S. Wiggins
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
     August 19, 2019
James N. Hatten
Clerk of Court

By: s/ Uzma S. Wiggins
     Deputy Clerk